UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FTF LENDING LLC, a Delaware limited liability company,

Plaintiff,

vs.

BLUE INTERNATIONAL GROUP LLC, a Florida limited liability company, and LUCRECIA M. DELMONTE, an individual ,

Defendant(s).

CASE NO.:
2:23-cv-00149-JES-NPM

PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST
DEFENDANT BLUE INTERNATIONAL GROUP LLC
PURSUANT TO FED. R. CIV. P. 55(a)

To:   Elizabeth Warren
      Clerk of Court
      United States District Court for the Middle District of Florida

Now comes the Plaintiff FTF Lending LLC, a Delaware limited liability company, by and through its undersigned counsel, and respectfully requests the Clerk's entry of default against Defendant Blue International Group LLC, a Florida limited liability company, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

In support of this Request, the Plaintiff FTF Lending LLC states as follows:

1.      On March 6, 2023, the Plaintiff FTF Lending LLC filed that certain

Complaint for (1) Breach of Promissory Note, (2) Breach of Guaranty, and (3)

Foreclosure of Mortgage, Assignment of Leases and Rents, Fixture Filing, and

Security Agreement (the "**Complaint**").  (ECF Doc. 1.)

2.      On April 23, 2023, Justin Vazquez ("Vasquez"), a process server and

competent adult not having a direct interest in the within action, personally served

the Summons and the Complaint upon Defendant Blue International Group LLC.

(ECF Doc. 17.)  Said Defendant accepted personal service of the Summons and the

Complaint from Vazquez in care of Lucrecia M. Delmonte, Sole

Member/Registered Agent, at 8065 SW 107th Avenue, Unit 112, Miami, Florida

33173. (*Id.*)

3.      Pursuant to Local Rule 1.10(a), on April 26, 2023, the Plaintiff FTF

Lending LLC timely filed that certain Affidavit of Service as to Defendant Blue

International Group LLC.  (*Id.*)

4.      Under Rule (12(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

Defendant Blue International Group LLC was to move, plead, or otherwise

respond to the Complaint on or before May 15, 2023.

5.      The docket indicates that Defendant Blue International Group LLC (1)

has failed to move, plead, or otherwise respond to the Complaint within the time

specified under the Federal Rules of Civil Procedure, and (2) has not filed any

2

motion for extension of time to move, plead, or otherwise respond to the Complaint.

6.     This motion for Clerk's default is timely under Rule 1.10(b).

7.     Based upon Defendant Blue International Group LLC's failure to move, plead, or otherwise respond to the Complaint within the time specified under the Federal Rules of Civil Procedure, the Plaintiff FTF Lending LLC respectfully requests the Clerk's entry of default against Defendant pursuant to Rule 55(a) of the Federal Rules of Civil Procedure

WHEREFORE, for the above-stated reasons, the Plaintiff FTF Lending LLC respectfully requests the Clerk's entry of default against Defendant Blue International Group LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure based upon Defendant's failure to move, plead, or otherwise respond to the Complaint within the time specified under the Federal Rules of Civil Procedure.

Respectfully submitted by:

*s/ Brittany J. Mills*

BRITTANY J. MILLS, ESQUIRE
Florida Bar No. 1018337
bmills@lippes.com
CHRISTOPHER A. WALKER, ESQUIRE
Florida Bar No. 114793
cwalker@lippes.com
Lippes Mathias LLP
10151 Deerwood Park Boulevard
Building 300, Suite 300
Jacksonville, Florida 32256
T: (904) 660-0020
F: (904) 660-0029
*Counsel for the Plaintiff*

CERTIFICATE OF SERVICE

4

The undersigned hereby certifies the following:

1.       On June 12, 2023, the Plaintiff's Request for Clerk's Entry of Default Against Defendant Blue International Group LLC Pursuant to Fed. R. Civ. P. 55(a) (the "**Pleading**") was filed via the CM/ECF Filing System for the United States District Court for the Middle District of Florida (Fort Myers Division).

2.       The Parties appearing on the Notice of Electronic Filing, as noted below, may access the Pleading through the CM/ECF system:

> Brittany J. Mills, Esquire, bmills@lippes.com
> Christopher A. Walker, Esquire, cwalker@lippes.com

3.       On June 12, 2023, a true and accurate copy of the Pleading was served by United States regular mail, postage prepaid, or by electronic mail upon the following:

> Blue International Group LLC
> Attn: Lucrecia M. Delmonte, Sole Member/Registered Agent
> 8065 SW 107th Avenue, Unit 112
> Miami, Florida 33173
>
> Lucrecia M. Delmonte
> 8065 SW 107th Avenue, Unit 112
> Miami, Florida 33173

> *s/ Brittany J. Mills*
> _____
> BRITTANY J. MILLS, ESQUIRE
> CHRISTOPHER A. WALKER, ESQUIRE
> *Counsel for the Plaintiff*