UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**FTF LENDING LLC**, a Delaware
Limited Liability Company,

    Plaintiff,

v.                                                                                      2:23-cv-149-JES-NPM

**BLUE INTERNATIONAL GROUP, LLC**, a
Florida Limited Liability Company, and
**LUCRECIA M. DELMONTE**,

    Defendants.

---

**ORDER**

This matter is before the Court on plaintiff FTF Lending LLC's motion to appoint a special master to conduct the foreclosure sale of two parcels of real property located in Port Charlotte, Florida. (Doc. 29 at 1-2).

FTF Lending obtained default judgment against defendants Blue International Group, LLC and Lucrecia M. Delmonte on September 12, 2023. (Doc. 27; Doc. 28). As part of the default judgment, the court entered a judgment of mortgage foreclosure on Count III of the complaint for property located in Port Charlotte, Florida ("the Property"), which is described as follows:

> LOT 14, BLOCK 2106, PORT CHARLOTTE SUBDIVISION, SECTION 25, A SUBDIVISION ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 5, PAGES 18A THROUGH 18C, OF THE PUBLIC RECORDS OF CHARLOTTE COUNTY, FLORIDA.

  Address: <u>839 Conreid Drive NE, Port Charlotte, Florida 33952 Parcel ID: 402227284001</u>

(Doc. 1, ¶ 9; Doc. 27 at 6). FTF Lending now seeks to enforce that portion of the judgment.

  Pursuant to Federal Rule of Civil Procedure 53(a)(1)(C), a court may appoint a master to "address pretrial and posttrial matters that cannot be effectively and timely addressed by an available district judge or magistrate judge of the district." "Absent a basis for disqualification, federal courts routinely appoint special masters to conduct foreclosure sales." *Stearns Bank Nat'l Ass'n v. Come Again, Inc.*, No. 8:15-CV-322-T-30JSS, 2016 WL 695990, at *2 (M.D. Fla. Feb. 22, 2016) (citations omitted).

  Here, the district judge and magistrate judge cannot timely address the foreclosure sale and, therefore, an appointment of a special master appears warranted. FTF Lending proposes that the court appoint Mark C. Healy as special master, asserting there is no basis for disqualification. (Doc. 29 at 4-5). In support, FTF Lending attached an affidavit from Healy averring that he has no relationship to the parties, attorneys, action, or court that would require disqualification under Rule 53. (Doc. 29-1).

  Accordingly, FTF Lending's motion is **GRANTED**. The court appoints Mark C. Healy to conduct the foreclosure sale of the Property in accordance with 28 U.S.C. § 2001. *et seq.*

- 3 -

**ORDERED** on November 27, 2023.

*Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE